UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRANDON MCNAIR,

              Plaintiff,

        -against-

COUNTY OF ONEIDA; COUNTY OF ALBANY; ROBERT
MACIOL, SHERIFF OF ONEIDA COUNTY; MARK
KINDERMAN, ONEIDA COUNTY CHIEF OF
CORRECTIONS; CRAIG D. APPLE, SR., SHERIFF OF
ALBANY COUNTY; SERGEANT "A." PATERNOSTER;
CAPTAIN "C." SMITH; SERGEANT "B." CHAPMAN;
OFFICER "HOLBERT"; OFFICER "SPIELMANN";
LIEUTENANT ANTHONY TORRISI; OFFICER MERZUK
HOZANOVIC; OFFICER JENNIFER PEASE; OFFICER
ALIJA CAPRA; OFFICER ANTHONY GIAMBATTISTA;
INVESTIGATOR MILLER, ONEIDA COUNTY SHERIFF'S
DEPARTMENT; JOHN DOE ONEIDA COUNTY SERT
OFFICERS #1-20; and RICHARD ROE ALBANY COUNTY
CERT OFFICERS #1-20;

              Defendants.

**ANSWER**

**Civil Case No.:
9:25-cv-01135
(AMN/MJK)**

---

      Defendants County of Albany, Craig D. Apple, Sr. and Lieutenant Anthony Torrisi

(hereinafter "Answering Defendants") by and through their attorneys, Goldberg Segalla LLP, as

and for their Answer to the Complaint, state as follows:

    1.     Deny the allegations contained in paragraph "1" of the Complaint.

    2.     Deny the allegations contained in paragraph "2" of the Complaint.

    3.     Deny the allegations contained in paragraph "3" of the Complaint.

    4.     Deny the allegations contained in paragraph "4" of the Complaint.

    5.     Deny the allegations contained in paragraph "5" of the Complaint.

    6.     Deny the allegations contained in paragraph "6" of the Complaint.

    7.     Deny the allegations contained in paragraph "7" of the Complaint.

8. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "8" of the Complaint.

9. Deny the allegations contained in paragraph "9" of the Complaint.

10. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "10" of the Complaint.

11. Deny the allegations contained in paragraph "11" of the Complaint.

12. Deny the allegations contained in paragraph "12" of the Complaint.

13. Deny the allegations contained in paragraph "13" of the Complaint.

14. Admit the allegations contained in paragraph "14" of the Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "15" of the Complaint.

16. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "16" of the Complaint.

17. Admit that the County of Albany is a municipal corporation organized under New York law, deny all issues of law about duty and who qualifies as a policymaker as those are for the Court to decide and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the remainder of paragraph "17" of the Complaint.

18. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "18" of the Complaint.

19. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "19" of the Complaint.

20. Admit that Craig D. Apple, Sr., is the Sheriff of Albany and otherwise deny the allegations contained in paragraph "20" and refer questions of law to the Court.

21. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "21" of the Complaint.

22. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "22" of the Complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "23" of the Complaint.

24. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "24" of the Complaint.

25. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "25" of the Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "26" of the Complaint except deny that Lt. Torrisi employed force on any individual or Plaintiff.

27. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "27" of the Complaint.

28. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "28" of the Complaint.

29. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "29" of the Complaint.

30. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "30" of the Complaint.

31. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "31" of the Complaint.

32. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "32" of the Complaint.

33. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "33" of the Complaint.

34. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "34" of the Complaint except refer issues of law for the Court to decide.

35. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "35" of the Complaint.

36. Deny the allegations contained in paragraph "36" of the Complaint.

37. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "37" of the Complaint.

38. Deny the allegations contained in paragraph "38" of the Complaint.

39. Deny the allegations contained in paragraph "39" of the Complaint.

40. Deny the allegations contained in paragraph "40" of the Complaint.

41. Deny the allegations contained in paragraph "41" of the Complaint.

42. Deny the allegations contained in paragraph "42" of the Complaint.

43. Deny the allegations contained in paragraph "43" of the Complaint.

44. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "44" of the Complaint.

45. Deny the allegations contained in paragraph "45" of the Complaint.

46. Deny the allegations contained in paragraph "46" of the Complaint.

47. Deny the allegations contained in paragraph "47" of the Complaint.

48. Deny the allegations contained in paragraph "48" of the Complaint.

49. Deny the allegations contained in paragraph "49" of the Complaint.

50. Deny the allegations contained in paragraph "50" of the Complaint.

51. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "51" of the Complaint.

52. Deny the allegations contained in paragraph "52" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

53. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "53" of the Complaint.

54. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "54" of the Complaint.

55. Deny the allegations contained in paragraph "55" of the Complaint.

56. Deny the allegations contained in paragraph "56" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

57. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "57" of the Complaint.

58. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "58" of the Complaint.

59. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "59" of the Complaint.

60. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "60" of the Complaint.

61. Deny the allegations contained in paragraph "61" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

62. Deny the allegations contained in paragraph "62" of the Complaint.

63. Deny the allegations contained in paragraph "63" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

64. Deny the allegations contained in paragraph "64" of the Complaint.

65. Deny the allegations contained in paragraph "65" of the Complaint.

66. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "66" of the Complaint.

67. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "67" of the Complaint.

68. Deny the allegations contained in paragraph "68" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

69. Deny the allegations contained in paragraph "69" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

70. Deny the allegations contained in paragraph "70" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

71. Deny the allegations contained in paragraph "71" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

72. Deny the allegations contained in paragraph "72" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

73. Deny the allegations contained in paragraph "73" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

74. Deny the allegations contained in paragraph "74" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

75. Deny the allegations contained in paragraph "75" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

76. Deny the allegations contained in paragraph "76" of the Complaint.

77. Deny the allegations contained in paragraph "77" of the Complaint.

78. Deny the allegations contained in paragraph "78" of the Complaint.

79. Deny the allegations contained in paragraph "79" of the Complaint.

80. Deny the allegations contained in paragraph "80" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

81. Deny the allegations contained in paragraph "81" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

82. Deny the allegations contained in paragraph "82" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

83. Deny the allegations contained in paragraph "83" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

84. Deny the allegations contained in paragraph "84" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

85. Deny the allegations contained in paragraph "85" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

86. Deny the allegations contained in paragraph "86" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

87. Deny the allegations contained in paragraph "87" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

88. Deny the allegations contained in paragraph "88" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

89. Deny the allegations contained in paragraph "89" of the Complaint.

90. Deny the allegations contained in paragraph "90" of the Complaint as questions of law are for the Court to decide.

91. Deny the allegations contained in paragraph "91" of the Complaint as questions of law are for the Court to decide.

92. Deny the allegations contained in paragraph "92" of the Complaint as questions of law are for the Court to decide.

93. Deny the allegations contained in paragraph "93" of the Complaint.

94. Deny the allegations contained in paragraph "94" of the Complaint.

95. Deny the allegations contained in paragraph "95" of the Complaint.

96. Deny the allegations contained in paragraph "96" of the Complaint.

97. Deny the allegations contained in paragraph "97" of the Complaint.

98. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "98" of the Complaint.

99. Deny the allegations contained in paragraph "99" of the Complaint.

100. Deny the allegations contained in paragraph "100" of the Complaint.

101. Deny the allegations contained in paragraph "101" of the Complaint.

102. Deny the allegations contained in paragraph "102" of the Complaint.

103. Deny the allegations contained in paragraph "103" of the Complaint.

104. Deny the allegations contained in paragraph "104" of the Complaint.

105. Deny the allegations contained in paragraph "105" of the Complaint.

106. Deny the allegations contained in paragraph "106" of the Complaint.

107. Deny the allegations contained in paragraph "107" of the Complaint.

108. Deny the allegations contained in paragraph "108" of the Complaint.

109. Deny the allegations contained in paragraph "109" of the Complaint.

110. Deny the allegations contained in paragraph "110" of the Complaint.

111. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "111" of the Complaint.

112. Deny the allegations contained in paragraph "112" of the Complaint.

113. Deny the allegations contained in paragraph "113" of the Complaint.

114. Deny the allegations contained in paragraph "114" of the Complaint.

115. Deny the allegations contained in paragraph "115" of the Complaint.

116. Deny the allegations contained in paragraph "116" of the Complaint.

117. Deny the allegations contained in paragraph "117" of the Complaint.

118. Deny the allegations contained in paragraph "118" of the Complaint.

119. Deny the allegations contained in paragraph "119" of the Complaint.

120. Deny the allegations contained in paragraph "120" of the Complaint.

121. Deny the allegations contained in paragraph "121" of the Complaint.

122. Deny the allegations contained in paragraph "122" of the Complaint.

123. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "123" of the Complaint.

124. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "124" of the Complaint.

125. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "125" of the Complaint.

126. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "126" of the Complaint.

127. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "127" of the Complaint.

128. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "128" of the Complaint.

129. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "129" of the Complaint.

130. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "130" of the Complaint.

131. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "131" of the Complaint.

132. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "132" of the Complaint.

133. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "133" of the Complaint.

134. Deny the allegations contained in paragraph "134" of the Complaint.

135. Deny the allegations contained in paragraph "135" of the Complaint.

136. Deny the allegations contained in paragraph "136" of the Complaint.

137. Deny the allegations contained in paragraph "137" of the Complaint.

138. Deny the allegations contained in paragraph "138" of the Complaint.

139. Deny the allegations contained in paragraph "139" of the Complaint.

140. Deny the allegations contained in paragraph "140" of the Complaint.

141. Deny the allegations contained in paragraph "141" of the Complaint.

142. Deny the allegations contained in paragraph "142" of the Complaint.

143. Deny the allegations contained in paragraph "143" of the Complaint.

144. Deny the allegations contained in paragraph "144" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

145. Deny the allegations contained in paragraph "145" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

146. Deny the allegations contained in paragraph "146" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

147. Deny the allegations contained in paragraph "147" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

148. Deny the allegations contained in paragraph "148" of the Complaint.

149. Deny the allegations contained in paragraph "149" of the Complaint.

150. Deny the allegations contained in paragraph "150" of the Complaint.

151. Deny the allegations contained in paragraph "151" of the Complaint.

152. Deny the allegations contained in paragraph "152" of the Complaint.

153. With regard to paragraph "153" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "152" as if fully and completely set forth at length herein.

154. Deny the allegations contained in paragraph "154" of the Complaint.

155. Deny the allegations contained in paragraph "155" of the Complaint.

156. Deny the allegations contained in paragraph "156" of the Complaint.

157. Deny the allegations contained in paragraph "157" of the Complaint.

158. Deny the allegations contained in paragraph "158" of the Complaint.

159. Deny the allegations contained in paragraph "159" of the Complaint.

160. Deny the allegations contained in paragraph "160" of the Complaint.

161. With regard to paragraph "161" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "160" as if fully and completely set forth at length herein.

162. Deny the allegations contained in paragraph "162" of the Complaint.

163. Deny the allegations contained in paragraph "163" of the Complaint.

164. Deny the allegations contained in paragraph "164" of the Complaint.

165. Deny the allegations contained in paragraph "165" of the Complaint.

166. Deny the allegations contained in paragraph "166" of the Complaint.

167. With regard to paragraph "167" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "166" as if fully and completely set forth at length herein.

168. Deny the allegations contained in paragraph "168" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

169. Deny the allegations contained in paragraph "169" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

170. Deny the allegations contained in paragraph "170" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

171.     Deny the allegations contained in paragraph "171" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

172.     With regard to paragraph "172" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "171" as if fully and completely set forth at length herein.

173.     Deny the allegations contained in paragraph "173" of the Complaint.

174.     Deny the allegations contained in paragraph "174" of the Complaint.

175.     Deny the allegations contained in paragraph "175" of the Complaint.

176.     Deny the allegations contained in paragraph "176" of the Complaint.

177.     Deny the allegations contained in paragraph "177" of the Complaint.

178.     With regard to paragraph "178" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "177" as if fully and completely set forth at length herein.

179.     Deny the allegations contained in paragraph "179" of the Complaint.

180.     Deny the allegations contained in paragraph "180" of the Complaint.

181.     Deny the allegations contained in paragraph "181" of the Complaint.

182.     Deny the allegations contained in paragraph "182" of the Complaint.

183.     Deny the allegations contained in paragraph "183" of the Complaint.

184.     With regard to paragraph "184" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "183" as if fully and completely set forth at length herein.

185. Deny the allegations contained in paragraph "185" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

186. Deny the allegations contained in paragraph "186" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

187. Deny the allegations contained in paragraph "187" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

188. Deny the allegations contained in paragraph "188" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

189. Deny the allegations contained in paragraph "189" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

190. Deny the allegations contained in paragraph "190" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

191. Deny the allegations contained in paragraph "191" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

192. With regard to paragraph "192" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "191" as if fully and completely set forth at length herein.

193. Deny the allegations contained in paragraph "193" of the Complaint.

194. Deny the allegations contained in paragraph "194" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

195. Deny the allegations contained in paragraph "195" of the Complaint.

196. With regard to paragraph "196" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "195" as if fully and completely set forth at length herein.

197. Deny the allegations contained in paragraph "197" of the Complaint.

198. Deny the allegations contained in paragraph "198" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

199. Deny the allegations contained in paragraph "199" of the Complaint.

200. With regard to paragraph "200" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "199" as if fully and completely set forth at length herein.

201. Deny the allegations contained in paragraph "201" of the Complaint.

202. Deny the allegations contained in paragraph "202" of the Complaint.

203. Deny the allegations contained in paragraph "203" of the Complaint.

204. Deny the allegations contained in paragraph "204" of the Complaint.

205. Deny the allegations contained in paragraph "205" of the Complaint.

206. Deny the allegations contained in paragraph "206" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

207. With regard to paragraph "207" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "206" as if fully and completely set forth at length herein.

208. Deny the allegations contained in paragraph "208" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

209. Deny the allegations contained in paragraph "209" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

210. Deny the allegations contained in paragraph "210" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

211. Deny the allegations contained in paragraph "211" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

212. Deny the allegations contained in paragraph "212" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

213. With regard to paragraph "213" of the Complaint, Answering Defendants repeat, reiterate and reallege each and every admission and denial contained in paragraphs "1" through "212" as if fully and completely set forth at length herein.

214. Deny the allegations contained in paragraph "214" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

215. Deny the allegations contained in paragraph "215" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

216. Deny the allegations contained in paragraph "216" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

217. Deny the allegations contained in paragraph "217" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

218. Deny the allegations contained in paragraph "218" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

219. Deny the allegations contained in paragraph "219" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

220. Deny the allegations contained in paragraph "220" of the Complaint as to Answering Defendants and otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as to any other named defendant.

221. Any allegation not addressed above is hereby denied.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

222. Whatever injuries Plaintiff may have sustained were caused in whole or in part, or was contributed to, by the culpable conduct and/or want of care on the part of the Plaintiff or by someone over whom Answering Defendants have no control.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

223. The causes of action alleged in the Complaint fail to that state a cause of action.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

224. Upon information and belief, Plaintiff's economic loss, if any, as specified in CPLR 4545, was replaced or indemnified in whole or in part, from collateral sources, and Answering Defendants are entitled to have the Court consider the same in determining such damages as provided in CPLR 4545.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

225. If Answering Defendants are liable at all, Answering Defendants' liability is 50 percent or less of the total liability assigned to all persons liable.

226. By reason thereof, the liability of Answering Defendants to the Plaintiffs for non-economic loss shall not exceed Answering Defendants' equitable share of liability determined in accordance with the relative culpability for each person causing or contributing to the total liability for non-economic loss.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

227. Plaintiff has failed to mitigate his damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

228. The injuries, damages or death alleged in the Complaint were proximately caused by an unforeseeable, independent, intervening and/or superseding event(s) beyond the control, and unrelated to any conduct, of Answering Defendants. Answering Defendants' actions or omissions, if any, were superseded by the negligence, wrongful and/or criminal conduct of others.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

229. Plaintiff is not entitled to the relief claimed.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

230. The conduct of Answering Defendants was undertaken in good faith and without malice, and therefore, is protected under the doctrines of qualified and/or absolute immunity.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

231. The Complaint fails to adequately allege a custom, policy or practice of Answering Defendants, which they created and that caused or contributed to the deprivation of any constitutional rights set forth in the Complaint.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

232. The conduct of Answering Defendants, as alleged in the Complaint, was undertaken, if at all, in all respects in good faith upon the reasonable belief that such conduct was lawful. No violation of a Constitutional right exists.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

233. Plaintiff's Complaint fails to satisfy the pre-requisites of Rule 23 of the Federal Rules of Civil Procedure.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

234. Answering Defendants cannot be liable under the theory of *Respondeat Superior*.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

235. That at those times mentioned and described in the Complaint, Answering Defendants were governmental officials performing discretionary functions and their conduct did not violate clearly established statutory or constitutional rights of which a reasonable man would or should have known and that by reason thereof is qualified immune from liability in this action.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

236. Answering Defendants affirmatively plead that they are not liable to Plaintiff for any attorneys' fees and costs in this action and therefore this relief must be stricken.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

237. Plaintiff's Complaint must be dismissed because the actions complained of by Plaintiff fail, as Answering Defendants' actions are privileged and justified.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

238. The Complaint against Answering Defendants fails due to lack of direct involvement, no failure to remedy exists, no creation or continuation of a policy exists, no gross negligence exists, and no deliberate indifference exists.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

239. Plaintiff lacks standing.

## AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

240. Answering Defendants have not violated any rights, privileges or immunities of Plaintiff.

## AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

241. Plaintiff's claims are barred by the statute of limitations.

## AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

242. Plaintiff has unclean hands, laches, waiver and estoppel.

## AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

243. All or part of Plaintiff's Complaint is barred by the Prison Litigation Reform Act (PLRA) as he failed to exhaust his administrative remedy.

## AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

244. Upon information and belief, any award for punitive damages based upon vague and undefined standards of liability would violate the Due Process Clause of the Fourteenth Amendment, U.S. Const. Amend. XIV, Section 1, and the Due Process Clause of the New York State Constitution, Article 1, Section 6.

**AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE**

245. Upon information and belief, any award of punitive damages based upon any standard of proof less than "clear and convincing" evidence would violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution, and the Due Process Clause of the New York State Constitution, Article 1, Section 6.

**AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE**

246. Upon information and belief, any award for punitive damages would be in denial of Answering Defendants' right to equal protection of the laws and guaranteed by the Fourteenth Amendment to the United States Constitution and the New York State Constitution, as the absence of adequate and objective standards for the assessment of punitive damages fails to ensure the equality of treatment between similarly situated civil Defendants and equality of treatment between criminal Defendants and civil Defendants.

**AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE**

247. Upon information and belief, any award of punitive damages would violate Answering Defendants' Due Process Rights embraced by the Fifth and Fourteenth Amendments to the United States Constitution and the New York Constitution, as a punitive damage award would constitute a deprivation of property without due process of law.

**AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE**

248. Upon information and belief, Plaintiff is not entitled to recover punitive damages demanded in the Plaintiff's Complaint as the awarding of same would be in violation of Answering Defendants' rights under the constitution of the United States of America and under the Constitution of New York, and more particularly, but not exclusively, in violation of these Defendants' right to substantive and procedural due process.

## AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE

249. Upon information and belief, Plaintiff's claims for damages violate the Eighth Amendment's guarantee that excessive fines shall not be imposed.

## AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE

250. Plaintiff's demand for the recovery of punitive damages of the individual Answering Defendants in their official capacity fail to state a claim or cause of action pursuant to City of Newport v. Fact Concerts, 453 U.S. 247 (1981).

## AS AND FOR A TWENTY-NINTH AFFIRMATIVE DEFENSE

251. Plaintiff's demand for the recovery of punitive damages from Answering Defendants in their individual capacity fail to allege facts sufficient to state a claim or cause of action.

## AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE

252. The Prison Litigation Reform Act §1997e limits any attorney's fees owed to Plaintiff and requires payment of whole or part of that fee from any judgment.

## AS AND FOR A THIRTY-FIRST AFFIRMATIVE DEFENSE

253. The Complaint is without merit and should be dismissed as no Monell claim exists as no unconstitutional policy exists, no official action by a policy making official exists, no custom or practice/policy exists, no failure to train exists, and no deliberate indifference exists.

## AS AND FOR A THIRTY-SECOND AFFIRMATIVE DEFENSE

254. Answering Defendants are entitled to qualified immunity dismissing the case against them.

## AS AND FOR A THIRTY-THIRD AFFIRMATIVE DEFENSE

255. Answering Defendants' actions respecting the subject matters alleged in the Complaint were undertaken in good faith, with the absence of malicious intent to injure Plaintiff,

and upon information and belief, constitute lawful, proper and justified means to further their sole purpose of engaging in and continuing businesses by reasons thereof, and Plaintiff is barred, in whole or in part, from recovery on the claims alleged in the Complaint.

## AS AND FOR A THIRTY-FOURTH AFFIRMATIVE DEFENSE

256. Plaintiff's Complaint must be dismissed because the actions complained of by Plaintiff fail as Answering Defendants' alleged actions are not actionable since privilege applies justification exists, license applies probable cause exists, exigent circumstances exists, the plain view doctrine applies, the protective security sweep doctrine applies, Answering Defendants were properly and legally performing their lawful police duties pursuant to their authority, Answering Defendants were provoked by Plaintiff, and Answering Defendants employed self-defense and proper use of force.

**AS AND FOR A FIRST CROSS CLAIM AGAINST CO-DEFENDANTS COUNTY OF ONEIDA, ROBERT MACIOL, SHERIFF OF ONEIDA COUNTY, MARK KINDERMAN, ONEIDA COUNTY CHIEF OF CORRECTIONS, SERGEANT "A." PATERNOSTER, CAPTAIN "C." SMITH, SERGEANT "B." CHAPMAN, OFFICER "HOLBERT", OFFICER "SPIELMANN", OFFICER MERZUK HOZANOVIC, OFFICER JENNIFER PEASE, OFFICER ALIJA CAPRA, OFFICER ANTHONY GIAMBATTISTA, INVESTIGATOR MILLER, ONEIDA COUNTY SHERIFF'S DEPARTMENT AND JOHN DOE ONEIDA COUNTY SERT OFFICERS #1-20**

257. If Plaintiff's injuries or damages were the result of any negligence or intentional tort, then it was due to the active, direct and primary negligence/intentional tort of Co-Defendants without any fault on the part of Answering Defendants. Answering Defendants are entitled to judgment of full or partial indemnification and contribution from Co-Defendants.

**WHEREFORE**, Answering Defendants demand judgment dismissing the complaint, diminishing the damages otherwise recoverable in proportion to the culpable conduct of Plaintiff, indemnification and/or contribution from co-defendants and for such other, further and different relief which may be just, proper and equitable including recovery of all costs, disbursements and attorneys' fees.

53453640.v1

DATED:     Albany, New York
           October 6, 2025

                                   **GOLDBERG SEGALLA LLP**


                                   By: _____
                                        Jonathan M. Bernstein, Esq.
                                   *Attorneys for Answering Defendants*
                                   *County of Albany, Craig D. Apple, Sr. and*
                                   *Lieutenant Anthony Torrisi*
                                   8 Southwoods Blvd., Ste. 300
                                   Albany, New York 12211
                                   (518) 463-5400

TO:   **ROTH & ROTH LLP**
      Elliot Shield, Esq.
      *Attorneys for Plaintiff*
      192 Lexington Ave, Suite 802
      New York, New York 10016
      (212) 425-1020

      **KAUFMAN LIEB LEBOWITZ & FRICK LLP**
      Douglas E. Lieb, Esq.
      Alyssa Isidoridy, Esq.
      *Attorneys for Plaintiff*
      18 E. 48th Street, Suite 802
      New York, New York 10017
      (212) 660-2332