UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRANDON MCNAIR,

                                        Plaintiff,

          -against-

COUNTY OF ONEIDA; COUNTY OF ALBANY;
ROBERT MACIOL, SHERIFF OF ONEIDA
COUNTY; MARK KINDERMAN, ONEIDA
COUNTY CHIEF OF CORRECTIONS; CRAIG D.
APPLE, SR., SHERIFF OF ALBANY COUNTY;
SERGEANT "A." PATERNOSTER; CAPTAIN "C."
SMITH; SERGEANT "B." CHAPMAN; OFFICER
"HOLBERT"; OFFICER "SPIELMANN";
LIEUTENANT ANTHONY TORRISI; OFFICER
MERZUK HOZANOVIC; OFFICER JENNIFER
PEASE; OFFICER ALIJA CAPRA; OFFICER
ANTHONY GIAMBATTISTA; INVESTIGATOR
MILLER, ONEIDA COUNTY SHERIFF'S
DEPARTMENT; JOHN DOE ONEIDA COUNTY
SERT OFFICERS #1-20; and RICHARD ROE
ALBANY COUNTY CERT
OFFICERS #1-20,

                                        Defendants.

_____

**REPLY TO CROSS-CLAIM
OF DEFENDANTS COUNTY OF
ALBANY, CRAIG D. APPLE, SR.,
AND LT. ANTHONY TORRISI**

Civil Case No.: 9:25-cv-01135
                (AMN/MJK)

Defendants, County of Oneida, Robert Maciol, Sheriff of Oneida County, Mark

Kinderman, Oneida County Chief of Corrections, Sergeant Paternoster, Captain Smith, Sergeant

Chapman, Officer Holbert, Officer Spielmann, Officer Hozanovic, Officer Pease, Officer Capra,

Officer Giambattista, Investigator Miller, and Oneida County Sheriff's Department, by and

through their attorneys, Murphy Burns Groudine LLP, as and for their Reply to the Cross-Claim

of defendants County of Albany, Craig D. Apple, Sr., and Lieutenant Anthony Torrisi (Doc. No.

13), herein:

          1.       Deny the allegations contained in paragraph "257."

**WHEREFORE**, Defendants, County of Oneida, Robert Maciol, Sheriff of Oneida County, Mark Kinderman, Oneida County Chief of Corrections, Sergeant Paternoster, Captain Smith, Sergeant Chapman, Officer Holbert, Officer Spielmann, Officer Hozanovic, Officer Pease, Officer Capra, Officer Giambattista, Investigator Miller, and Oneida County Sheriff's Department demand judgment dismissing defendants County of Albany, Craig D. Apple, Sr., and Lieutenant Anthony Torrisi's cross-claim, with costs, and disbursements of this action, and for such other and further relief as this Court deems just and appropriate.

Dated:  October 8, 2025.

MURPHY BURNS GROUDINE LLP

By: _____
Stephen M. Groudine, Esq.
Bar Roll No.: 516070
Attorneys for Defendants County of Oneida, Robert Maciol, Sheriff of Oneida County, Mark Kinderman, Oneida County Chief of Corrections, Sergeant Paternoster, Captain Smith, Sergeant Chapman, Officer Holbert, Officer Spielmann, Officer Hozanovic, Officer Pease, Officer Capra, Officer Giambattista, Investigator Miller, and Oneida County Sheriff's Department
407 Albany Shaker Road, Suite 201
Loudonville, New York 12211
Telephone: (518) 690-0096
Email: sgroudine@mbglawny.com

TO:  GOLDBERG SEGALLA LLP
Attn:  Jonathan M. Bernstein, Esq.
Attorneys for Defendants County of Albany,
Craig D. Apple, Sr., and Lieutenant Anthony Torrisi
8 Southwoods Blvd., Ste. 300
Albany, New York 12211
Telephone: (518) 463-5400

CC:  ROTH & ROTH LLP
Attn:  Elliot Shields, Esq.
Attorneys for Plaintiff
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 425-1020

KAUFMAN LIEB LEBOWITZ & FRICK LLP
Attn: Douglas E. Lieb, Esq.
        Alyssa Isidoridy, Esq.
Attorneys for Plaintiff
18 E. 48th Street, Suite 802
New York, New York 10017
Telephone: (212) 660-2332