UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRANDON MCNAIR,

|  | |
|---|---|
| Plaintiff, | **ANSWER TO CROSSCLAIM** |

-against-

COUNTY OF ONEIDA; COUNTY OF ALBANY; ROBERT MACIOL, SHERIFF OF ONEIDA COUNTY; MARK KINDERMAN, ONEIDA COUNTY CHIEF OF CORRECTIONS; CRAIG D. APPLE, SR., SHERIFF OF ALBANY COUNTY; SERGEANT "A." PATERNOSTER; CAPTAIN "C." SMITH; SERGEANT "B." CHAPMAN; OFFICER "HOLBERT"; OFFICER "SPIELMANN"; LIEUTENANT ANTHONY TORRISI; OFFICER MERZUK HOZANOVIC; OFFICER JENNIFER PEASE; OFFICER ALIJA CAPRA; OFFICER ANTHONY GIAMBATTISTA; INVESTIGATOR MILLER, ONEIDA COUNTY SHERIFF'S DEPARTMENT; JOHN DOE ONEIDA COUNTY SERT OFFICERS #1-20; and RICHARD ROE ALBANY COUNTY CERT OFFICERS #1-20,

**Civil Case No.: 9:25-cv-01135 (AMN/MJK)**

Defendants.

_____

Defendants County Of Albany, Craig D. Apple, Sr., Sheriff of Albany County and Lieutenant Anthony Torrisi ("Answering Defendants") by and through their attorneys, Goldberg Segalla LLP, and as for an Answer to the Cross-Claim of Defendants County of Oneida, Robert Maciol, Sheriff of Oneida County, Mark Kinderman, Oneida County Chief of Corrections, Sergeant Paternoster, Captain Smith, Officer Holbert, Officer Spielmann, Officer Hozanovic, Officer Pease, Officer Capra, and Officer Giambattista, state as following:

1. Deny the allegations contained in paragraph "77" of the Answer.

**WHEREFORE**, Answering Defendants demand dismissal of the Cross-Claim with prejudice, along with costs, disbursements and attorney's fees of this action.

57691393.v1

DATED:     Albany, New York
              July 2, 2026

**GOLDBERG SEGALLA, LLP**

By: _____

Jonathan M. Bernstein, Esq.
*Attorneys for Defendants*
*County Of Albany, Craig D. Apple, Sr.,*
*Sheriff of Albany County and Lieutenant*
*Anthony Torrisi*
8 Southwoods Blvd., Suite 300
Albany, New York 12211
(518) 463-5400
jbernstein@goldbergsegalla.com

TO:    All counsel of record via ECF

57691393.v1